UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SOUTHERN MARSH COLLECTION, LLC

VERSUS

HUNTERMAN'S LLC

CIVIL ACTION

24-301-SDD-RLB

## RULING

The Court has carefully considered the Motion,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated October 29, 2024, to which an *Objection*[3] was filed, and a *Response*[4] thereto. The Court conducted a *de novo review*.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand (R. Doc. 11) is **DENIED**.

Signed in Baton Rouge, Louisiana this 11th day of December, 2024.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 11.
[2] Rec. Doc. 19.
[3] Rec. Doc. 32.
[4] Rec. Doc. 33.